# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00002-CV

**Smith & Carlson, P.C. and Craig Carlson, Appellants**

**v.**

**Ted Smith, Jr., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 207702B, HONORABLE ROBERT DOHONEY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

This Court previously abated this interlocutory appeal from a temporary injunction and referred the cause to the trial court to hear an enforcement proceeding. *See Smith & Carlson, P.C. v. Smith*, No. 03-05-00002-CV (Tex. App.—Austin February 22, 2005) (memorandum op.); Tex. R. App. P. 29.4(a). The parties have notified the Court that they have reached an agreement concerning the temporary injunction that formed the basis of the interlocutory appeal. Accordingly, they inform us that the appeal is moot and should be dismissed. We agree, and dismiss the appeal. *See* Tex. R. App. P. 42.1.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: April 15, 2005